**United States Bankruptcy Court**
**Eastern District of Virginia**

IN RE: Case No. **13-15225**

**Walker, Debra Lyn** Chapter **13**
Debtor(s)

# AMENDED SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 3 | $ 48,541.58 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 35,937.03 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $ 12,605.25 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | $ 166,961.65 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 11,312.09 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | $ 10,207.00 |
| TOTAL | | 21 | $ 48,541.58 | $ 215,503.93 | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Eastern District of Virginia**

IN RE:                                                      Case No. **13-15225**

Walker, Debra Lyn                                       Chapter **13**

Debtor(s)

## AMENDED STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 988.49 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 11,616.76 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 98,352.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 110,957.25 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $ 11,312.09 |
| Average Expenses (from Schedule J, Line 22) | $ 10,207.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 16,132.53 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 9,331.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 12,605.25 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 166,961.65 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 176,292.65 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE **Walker, Debra Lyn** _____ Case No. **13-15225** _____
　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

　　State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

　　If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

　　If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

　　Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Alex Radice, Esq.**<br>**481 N Frederick Ave Ste 220**<br>**Gaithersburg, MD  20877-2471** | | | **Legal** | | | | **6,500.00** |
| ACCOUNT NO.<br>**Arron Jackson**<br>**9433 Birchwood Ln**<br>**Frederick, MD  21701-7656** | | | **Loan** | | | | **4,500.00** |
| ACCOUNT NO. **0341**<br>**AT&T Wireless**<br>**7277 164th Ave., NE ,Building 1**<br>**Redmond, WA  98052** | | | **Disputed phone bill** | | | X | **1,542.17** |
| ACCOUNT NO.<br>**Bay Area Credit Service**<br>**1000 Abernathy Rd NE #195**<br>**Atlanta, GA  30328-5606** | | | **Assignee or other notification for:**<br>**AT&T Wireless** | | | | |

　　**5** continuation sheets attached

Subtotal (Total of this page) $ **12,542.17**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

Case 13-15225-BFK   Doc 35   Filed 01/21/14   Entered 01/21/14 17:43:29   Desc Main
Document   Page 4 of 11

IN RE **Walker, Debra Lyn** _____   Case No. **13-15225** _____
                         Debtor(s)                                                                (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **15xx**<br>**Capital One**<br>**PO Box 30281**<br>**Salt Lake City, UT  84130-0281** | | | **Credit card** | | | | **535.47** |
| ACCOUNT NO. **59xx**<br>**Citibank**<br>**PO Box 769006**<br>**San Antonio, TX  78245-9006** | | | **Loan** | | | | **3,803.00** |
| ACCOUNT NO.<br>**Capital Mgt Servs LP**<br>**698 1/2 S Ogden St**<br>**Buffalo, NY  14206-2317** | | | **Assignee or other notification for:**<br>**Citibank** | | | | |
| ACCOUNT NO.<br>**Northland Group**<br>**PO Box 390905**<br>**Minneapolis, MN  55439-0905** | | | **Assignee or other notification for:**<br>**Citibank** | | | | |
| ACCOUNT NO. **4xxx**<br>**Citibank**<br>**PO Box 6241**<br>**Sioux Falls, SD  57117** | | | **Credit card - settled, paid, but still on credit report.** | | | X | **17,947.00** |
| ACCOUNT NO.<br>**Global Credit & Collection Corp**<br>**2699 Lee Rd Ste 330**<br>**Winter Park, FL  32789-1740** | | | **Assignee or other notification for:**<br>**Citibank** | | | | |
| ACCOUNT NO.<br>**Citifinancial, Inc.**<br>**AKA Onemain**<br>**1013 W Patrick St**<br>**Frederick, MD  21702-3903** | | | **Judgment, alleged.** | | | X | **5,835.42** |

Sheet no. _____**1**_____ of _____**5**_____ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **28,120.89**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Walker, Debra Lyn** _____  Case No. **13-15225** _____
                              Debtor(s)                                                    (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**SCHOEBERLEIN, WILLIAM A III**<br>**Cohn Goldberg & Deutsch**<br>**600 Baltimore Ave Ste 208**<br>**Towson, MD  21204-4084** | | | Assignee or other notification for:<br>Citifinancial, Inc. | | | | |
| ACCOUNT NO. **33xx**<br>**Comenity Bank**<br>**PO Box 182879**<br>**Columbus, OH  43218-2879** | | | On credit report, but paid and settled | | | X | 103.00 |
| ACCOUNT NO. **6305**<br>**Cox Communications**<br>**PO Box 1259 Dept 102424**<br>**Oaks, PA  19456** | | | Cable including improper post-termination charges. | | | X | 1,359.79 |
| ACCOUNT NO. **970x**<br>**Credit First NA/Firestone**<br>**PO Box 81083**<br>**Cleveland, OH  44181-0083** | | | Credit card. | | | X | 1,002.00 |
| ACCOUNT NO.<br>**District Of Columbia**<br>**Traffic Adjudication**<br>**PO Box 2014**<br>**Washington, DC  20013** | | | Traffic camera civil penalty | | | X | 250.00 |
| ACCOUNT NO.<br>**Professional Account Mgt**<br>**633 W Wisconsin Ave**<br>**Milwaukee, WI  53203-1918** | | | Assignee or other notification for:<br>District Of Columbia | | | | |
| ACCOUNT NO. **8590**<br>**Enhanced Recovery Co LLC**<br>**8014 Bayberry Rd**<br>**Jacksonville, FL  32256-7412** | | | Alleged DirectTV claim. | | | X | 318.47 |

Sheet no. **2** of **5** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **3,033.26**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Walker, Debra Lyn _____  Case No. **13-15225** _____
                             Debtor(s)                                                    (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>EZ Pass<br>175 Wadsworth Dr<br>North Chesterfield, VA  23236-4500 | | | Penalties | | | X | 1,100.00 |
| ACCOUNT NO. **46xx**<br>GLELSI/Academic Loan Group<br>PO Box 7860<br>Madison, WI  53707-7860 | | | Student loans | | | | 98,352.00 |
| ACCOUNT NO.<br>Harbinger Processing Group<br>PO Box 586<br>Buffalo, NY  14231-0586 | | | Unknown collection calls | | | X | 0.00 |
| ACCOUNT NO. **6147**<br>Laboratory Corporation Of America<br>PO Box 2240<br>Burlington, NC  27216-2240 | | | Medical | | | | 518.40 |
| ACCOUNT NO. **6184**<br>Law Enforcement Systems, LLC<br>495 Express Lanes<br>PO Box 2182<br>Milwaukee, WI  53201-2182 | | | Disputed toll violations.  Debtor has EZPass that apparently was not read, resulting in $100 penalty and $0.35 toll charges, twice. | | | X | 200.70 |
| ACCOUNT NO. **7108**<br>M&T Bank<br>PO Box 767<br>Buffalo, NY  14240-0767 | | | Unknown.  Collection notice received. | | | X | 609.88 |
| ACCOUNT NO.<br>National Recovery Solutions, LLC<br>PO Box 322<br>Lockport, NY  14095-0322 | | | Assignee or other notification for:<br>M&T Bank | | | | |

Sheet no. **3** of **5** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **100,780.98**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Walker, Debra Lyn** _____   Case No. **13-15225** _____
                  Debtor(s)                                             (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **x580**<br>**MSC Ambulatory Surgical Center**<br>**77 Thomas Johnson Dr Ste E**<br>**Frederick, MD  21702-4893** | | | **Medical** | | | | **375.89** |
| ACCOUNT NO.<br>**Northwest FCU**<br>**PO Box 1229**<br>**Herndon, VA  20172-1229** | | | **Credit card** | | | X | **2,357.00** |
| ACCOUNT NO. **4603**<br>**Public Storage**<br>**16001 Frederick Rd**<br>**Derwood, MD  20855-2217** | | | **Unpaid rent, late fee, lien fee** | | | | **1,026.90** |
| ACCOUNT NO. **029x**<br>**Sallie Mae**<br>**PO Box 9655**<br>**Wilkes Barre, PA  18773-9655** | | | **Loan - not student loan** | | | | **4,580.00** |
| ACCOUNT NO.<br>**Progressive Financial Services**<br>**1919 W Fairmont Dr Ste 8**<br>**Tempe, AZ  85282-3183** | | | **Assignee or other notification for:**<br>**Sallie Mae** | | | | |
| ACCOUNT NO. **7833**<br>**State Of Maryland CCU**<br>**300 W Preston St**<br>**Baltimore, MD  21201** | | | **Alleged insurance lapse penalty after Debtor left state.** | | | X | **3,136.77** |
| ACCOUNT NO. **00xx**<br>**SunTrust Bank**<br>**1001 Semmes Ave.**<br>**Richmond, VA  23224** | | | **Deficiency on repossessed vehicle.** | | | X | **7,373.79** |

Sheet no. **4** of **5** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  $ **18,850.35**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **906x** <br> **Verizon** <br> **PO Box 5029** <br> **Wallingford, CT 06492-7529** | | | **On credit report - unknown.** | | | X | **1,301.00** |
| ACCOUNT NO. <br> **Chase Receivables** <br> **1247 Broadway** <br> **Sonoma, CA 95476-7503** | | | **Assignee or other notification for:** <br> **Verizon** | | | | |
| ACCOUNT NO. **79xx** <br> **Webbank/DFS** <br> **PO Box 81607** <br> **Austin, TX 78708-1607** | | | **Credit account** | | | X | **2,333.00** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **5** of **5** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **3,634.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **166,961.65**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Walker, Debra Lyn**                                                                                Case No. **13-15225**
                         Debtor(s)                                                                                      (If known)

# DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____**8**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **January 21, 2014**            Signature **/s/ Debra Walker**
                                                           **Debra Walker**                                   Debtor

Date: _____            Signature: _____
                                                                                                              (Joint Debtor, if any)
                                                           [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____        _____
Signature of Bankruptcy Petition Preparer                                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____            Signature: _____

                                                           _____
                                                           (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Eastern District of Virginia**

In re:

**Walker, Debra Lyn**                                          Case No.    **13-15225**

              Debtor(s)                                        Chapter     **13**

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

☐ Involuntary/Voluntary Petition *[Specify reason for amendment:_____]*
  Check if applicable: ☐ Soc. Sec. No. amended. [*If applicable*: An original, signed Official Form 21 was mailed/hand-delivered to the Clerk's Office on_____.*]
☒ Summary of Schedules (Includes Statistical Summary of Certain Liabilities and Related Data)
☐ Schedule A - Real Property
☐ Schedule B - Personal Property
☐ Schedule C - Property Claimed as Exempt
☒ **Schedule D, E, or F, and/or List of Creditors or Equity Holders** – REQUIRES COMPLIANCE WITH LOCAL RULE 1009-1. *( $30.00 fee required if adding or deleting pre-petition creditors, changing amounts owed or classification of debt.)* **Check applicable statement(s):**
  ☒ **Creditor(s) added** ☐ **Creditor(s) deleted**
  ☐ **Change in amounts owed or classification of debt**
  ☐ **No pre-petition creditors added/deleted, or amounts owed or classification of debt changed**. [Docket: **Amended Schedule(s) and/or Statement(s), List(s)-NO FEE)**
  ☐ **Post-petition creditors added (Schedule of Unpaid Debts)**
  **REMINDER: Conversion of Chapter 13 to Chapter 7** – only file Schedule of Unpaid Debts.
☐ Schedule G - Executory Contracts and Unexpired Leases
☐ Schedule H – Codebtors
☐ Schedule I - Current Income of Individual Debtor(s)
☐ Schedule J - Current Expenditures of Individual Debtor(s)

**[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors.
*Amendment of debtor(s) Social Security Number requires that a hard copy of this cover sheet together with a completed Official Form 21 – Statement of Social Security Number(s) be submitted to the Clerk's Office for entry of the amended Social Security Number into the Court's database. ]**

☐ Statement of Financial Affairs
☐ Chapter 7 Individual Debtor's Statement of Intention
☐ Chapter 11 List of Equity Security Holders
☐ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
☐ Disclosure of Compensation of Attorney for Debtor
☐ Other: _____

**NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES**

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the United States Trustee, the trustee in this case, and to any and all entities affected by the amendment as follows: M&T Bank and National Recovery Solutions, LLC, by first class mail.

Dated:    **January 21, 2014**

                                                        */s/ Daniel M. Press*
                                                        Attorney for Debtor(s) [or *Pro Se* Debtor(s)]
                                                        State Bar No.:    **37123**
                                                        Mailing Address:  **6718 Whittier Ave. Ste 200**
                                                                          **McLean, VA  22101**
                                    Telephone No.:    **(703) 734-3800**

[amendcs ver. 11/11]

**United States Bankruptcy Court**
**Eastern District of Virginia**

In re:

**Walker, Debra Lyn**                                                    Case No.    **13-15225**

                        Debtor(s)                                        Chapter    **13**

TO:   M&T Bank and National Recovery Solutions, LLC (Address on attached amended Schedule F)

**NOTICE TO**
**CREDITOR(S) (RE AMENDMENT)**

NOTICE IS HEREBY GIVEN that an amendment to the above-captioned debtor's schedules and/or list of creditors has been filed

☒ adding you as a creditor,
☐ deleting you as a creditor,
☐ correcting your address

A copy of the amendment is forwarded to you together with this notice.

**[***If amendment is adding creditor(s)***]** NOTICE IS FURTHER GIVEN that also forwarded to you together with this notice is a copy of the notice of the meeting of creditors called by the United States Trustee pursuant to Federal Rule of Bankruptcy Procedure 2003, giving the particulars of the case and stating the last date for the filing of claims *(if any was given),* for filing complaints objecting to the discharge and complaints to determine the dischargeability of certain debts; a copy of the discharge of the debtor, *if one has been entered,* a subsequent notice to file claims, *if one has been issued,* and any other filed document affecting the rights of the added creditor(s). AND CHAPTER 13 PLAN.

Dated:   **January 21, 2014**                                   **Walker, Debra Lyn**

                                                                By   **/s/ Daniel M. Press**
                                                                     Attorney for Debtor(s) [or *Pro Se* Debtor(s)]
                                                                     State Bar No.:    **37123**
                                                                     Mailing Address:  **6718 Whittier Ave. Ste 200**
                                                                                       **McLean, VA  22101**
                                                                     Telephone No.:    **(703) 734-3800**

**CERTIFICATION**

I certify that on __1 21/14_____, I served a copy of the foregoing notice on the United States Trustee, any appointed trustee, and any and all entities affected by the amendment pursuant to Local Bankruptcy Rule 1009-1(A).

                                                                **/s/ Daniel M. Press**
                                                                Attorney for Debtor(s) [or *Pro Se* Debtor(s)]

[ ntctoadd ver. R. 05/07]